**Opinion filed June 29, 2018**



# In The

# Eleventh Court of Appeals

_____

## No. 11-17-00300-CV

_____

## IN THE MATTER OF THE ESTATE OF
## RANDY LLOYD, DECEASED

**On Appeal from the 1st Multicounty Court at Law**
**Nolan County, Texas**
**Trial Court Cause No. 6313**

## MEMORANDUM OPINION

Appellants, Byron Gossett and Gossetts, Inc., have filed in this court an agreed motion to dismiss this appeal. According to the motion, the parties "have reached a settlement agreement that resolves all disputes" in this matter. Appellants have certified that the motion is unopposed. In accordance with Appellants' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

June 29, 2018                                                    PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.